**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*(Electronically Filed)*

| | |
|---|---|
| RACHEL BROWN, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>2JR PIZZA ENTERPRISES, LLC, d/b/a PIZZA HUT, and JEFFREY T. REETZ, individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 3:20-cv-00762-BJB<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT NOTICE OF SETTLEMENT AND**
**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Joint Status Report filed October 20, 2021 [ECF 20], Plaintiff Rachel Brown, individually and on behalf of similarly situated persons ("Plaintiff") and Defendants 2JR Pizza Enterprises, LLC, d/b/a Pizza Hut, and Jeffrey T. Reetz, individually (collectively "Defendants") (Plaintiff and Defendants collectively "Parties"), by and through their undersigned counsel, hereby give notice that they have reached a settlement in the above-captioned matter. In support of this joint notice and joint stipulation of dismissal, the Parties state as follows:

1.      An agreement has been reached in principle as to the resolution of this entire litigation and as to all parties;

2.      The Confidential Settlement Agreement and Release has been finalized;

3.      Pursuant to Fed. R. Civ. P. 41(a), the Parties hereby stipulate to dismissal of this action with prejudice; and,

4.     By reference of the Confidential Settlement Agreement [para. 3], Defendants shall deliver payments to Plaintiff's counsel within twenty-one (21) days of the Court's dismissal of this litigation.

WHEREFORE, the Parties provide their Joint Notice of Settlement and respectfully request that the Court dismiss this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs.

DATED:  December 14, 2021.                    Respectfully submitted,


*/s/ Joe P. Leniski, Jr.*
Joe P. Leniski, Jr.
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
Email: joeyl@bsjfirm.com

David O'Brien Suetholz
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
515 Park Avenue
Louisville, KY 40208
Phone: (502) 636-4333
Email: davids@bsjfirm.com

*Attorneys for Plaintiffs*

And

*/s/ Timothy J. Weatherholt (w/permission by JPL)*
Timothy J. Weatherholt
**FISHER & PHILLIPS LLP**
220 West Main Street, Suite 700
Louisville, KY 40202
Phone: (502) 561-3982
Fax: (502) 561-3991
Email: tweatherholt@fisherphillips.com

*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 14, 2021, the foregoing Joint Notice of Settlement and Joint Stipulation of Dismissal with Prejudice was filed electronically and will be sent to all counsel of record via the Court's electronic filing system.

<u>/s/ Joe P. Leniski, Jr.</u>
Joe P. Leniski, Jr.